Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**IT IS SO ORDERED**
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 67.188.39.158, <br><br> Defendant. | Case Number: 3:18-cv-02016-MEJ <br><br> Magistrate Judge Maria-Elena James <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.188.39.158** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 67.188.39.158 are voluntarily dismissed without prejudice.

Dated: July 27, 2018

Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
FOX ROTHSCHILD LLP
*Attorney for Plaintiff*

```
This case is DISMISSED WITHOUT PREJUDICE.
Dated: July 30, 2018
```

1

Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe
Case No. 3:18-cv-02016-MEJ